# United States District Court
# For The Western District of North Carolina
# Asheville Division

SHIRLEY M. SAVAGE,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

1:11cv254

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 06/27/2012 Order of Remand.

Signed: June 27, 2012

Frank G. Johns, Clerk
United States District Court